472 A.2d 252

Commonwealth v. Turner, Appellant.
Petition for Allowance of Appeal
Denied May 2, 1984.

Submitted October 21, 1983. Ferris Peter Webby, Assistant Public Defender, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

Judgment of sentence affirmed.